[No. 14332–8–I. Division One. April 8, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. FELTON JOHNSON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 83–1–02996–8, Frank L. Sullivan, J., entered February 8, 1984. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams and Ringold, JJ.

[No. 12024–7–I. Division One. April 8, 1985.]

*In the Matter of the Marriage of* WILLIAM FRANCIS VAN HORN, *Respondent, and* MYRNA EILEEN VAN HORN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 80–3–07449–4, Anthony P. Wartnik, J., entered June 24, 1982. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Scholfield, A.C.J., and Ringold, J.

[No. 14061–2–I. Division One. April 8, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL EARL GREEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 83–1–02416–8, Frank L. Sullivan, J., entered December 1, 1983. *Affirmed* by unpublished opinion per Corbett, C.J., concurred in by Swanson and Coleman, JJ.